**Order filed March 4, 2014.**



In The

# Fourteenth Court of Appeals

———————

### NO. 14-13-00514-CV

———————

### ELIZABETH LAGUNA, Appellant

### V.

### HOUSTON HOUSING AUTHORITY, Appellee

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1031234**

---

## O R D E R

Appellant's brief was due February 3, 2014**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with the clerk of this court on or before **March 24, 2014**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM